Co., Inc. v. Lewyn Machinery Co., Inc., 50 Ala.App. 334, 279 So.2d 137.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

279 So.2d 142

**In re GALLEON INDUSTRIES, INC. and Central Bank and Trust Co., Inc.**

**v.**

**LEWYN MACHINERY CO., INC.**

**Ex parte LEWYN MACHINERY COM-PANY, INC.**

**SC 348.**

Supreme Court of Alabama.

May 24, 1973.

H. Edwin Holladay, Pell City, and Fred Blanton, Birmingham, for petitioner.

No brief for respondents.

JONES, Justice.

Petition of Lewyn Machinery Co., Inc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Galleon Industries, Inc. and Central Bank and Trust

280 So.2d 107

**In re Earl Edward GANDY**

**v.**

**STATE.**

**Ex parte Earl Edward Gandy.**

**SC 417.**

Supreme Court of Alabama.

June 28, 1973.

Earl Edward Gandy, pro se.

William J. Baxley, Atty. Gen., for the State.

COLEMAN, Justice.

Petition of Earl Edward Gandy for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Gandy v. State, 49 Ala.App. 123, 269 So.2d 141.

Petition for certiorari stricken.

HEFLIN, C. J., and BLOODWORTH, McCALL and FAULKNER, JJ., concur.